UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KENDELL PERRY,

                       Plaintiff,

v.                                        **ORDER**

METRO-NORTH RAILROAD COMPANY,     19-cv-2285 (PMH)

                     Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been assigned to me. Due to a further conference scheduled before Magistrate Judge Davison and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for May 14, 2020 is hereby cancelled.

Dated: New York, New York           SO ORDERED:
       May 1, 2020

                                                          _____
                                                           Philip M. Halpern
                                                           United States District Judge