# Cahill & Perry, P.C.
## Attorneys At Law
www.trainlaw.com

**George J. Cahill Jr., Esq.**
Admitted in MA, CT, NY & DC
cahill@trainlaw.com

**CAHILL & PERRY, P.C.**

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

July 23, 2020

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Kendell Perry v. Metro-North Railroad*
**19-cv-02285 (PMH)(PED)**

Dear Judge Halpern:

We represent the Plaintiff Kendell Perry in the above-entitled action. The Court [27] Ordered a telephone conference on August 4, 2020 at 11:00 a.m. I am writing to request an adjournment due to a conflict with a scheduled medical appointment. This is the first request for an adjournment. The Counsel for the Defendant consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/S/ *George J. Cahill Jr.*

George J. Cahill Jr.

---

The August 4, 2020 conference is adjourned until August 5, 2020 at 11:00 a.m.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       July 24, 2020

(via ECF)