UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Perry,**

                               Plaintiff,

                 –against–                         19 Civ. 2285 (PED)

**Metro North Railroad Company,**                TRIAL ORDER

                            Defendant.

Jury selection in this case will be held during the week of **March 1, 2021.**[1]

Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue from day to day from 9:30 a.m. until 5:00 p.m.

Proposed voir dire and witness lists must be filed by **February 8, 2021.**

Proposed jury instructions and a proposed verdict form must be filed by **February 8, 2021. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.**

Any motions *in limine*, as well as any trial memoranda counsel wish to submit, shall be filed by **February 8, 2021.** Responses to motions *in limine* shall be filed by **February 16, 2021.**

The aforementioned papers shall be filed with the Clerk of the Court. **Counsel shall simultaneously provide courtesy copies to Chambers.**

**Counsel shall pre-mark all exhibits. Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

The Court will conduct a **telephonic** pretrial conference on **February 22, 2021 at 10:00 a.m.**

Dated: January 13, 2021                      **SO ORDERED**
        White Plains, New York

                                            _____
                                            Paul E. Davison, U.S.M.J.

---

[1] Because the Court has limited capacity to conduct jury trials while observing COVID-19 precautions, this case has been scheduled as a "back-up" to criminal trials which may or may not proceed that week. The Court will update counsel as developments warrant.