UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Perry<br><br>                      Plaintiff,<br><br>- *against* -<br><br>Metro North Railroad Company,<br><br>                      Defendant, | **ORDER**<br><br>7:19-cv-02285-PED |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: February 18, 2021                                     SO ORDERED:
      White Plains, New York

                                                                                                    PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 18, 2021**